UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DE GAZELLE GROUP, INC.,**

      **Plaintiff,**

**v.**                                              **Case No: 6:13-cv-1430-Orl-31TBS**

**TAMAZ TRADING
ESTABLISHMENT,**

      **Defendant.**

_____

# CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **TAMAZ TRADING ESTABLISHMENT** in Orlando, Florida on the 25th day of March, 2014.

SHERYL L. LOESCH, CLERK

s/J. Thigpen, Deputy Clerk

Copies furnished to:

Counsel of Record