# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DE GAZELLE GROUP, INC.,**

        **Plaintiff,**

**v.**                                       **Case No:   6:13-cv-1430-Orl-31TBS**

**TAMAZ TRADING ESTABLISHMENT,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Motion for Entry of Default Final Judgment (Doc. No. 18), filed March 26, 2014.

On April 8, 2014, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the motion be granted. No objections have been filed.   Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The Motion for Default Judgment is **GRANTED.   T**he Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant in the amount of $2,500,000.00 and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 25, 2014.

                                       **GREGORY A. PRESNELL**
                                  **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party