

March 4, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number **796701981960**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | DAMMAM, ZZ |
| **Signed for by:** | .FAISAL | **Delivery date:** | Sep 21, 2013 13:40 |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 796701981960 | **Ship date:** | Sep 17, 2013 |

**Recipient:**
DAMMAM, ZZ SA

**Shipper:**
CELEBRATION, FL US

Thank you for choosing FedEx.





**FedEx** Express    Ship  |  Track  |  Manage My Account  |  Customs Tools

Support   Search  Subi

Customer Service

Countries Served by FedEx

Write to FedEx: Ask for Help

## Customer Service

FedEx is represented in the Kingdom of Saudi Arabia by a nominated Service Contractor. For more information about the FedEx services available from the Kingdom of Saudi Arabia please contact

| | |
|---|---|
| Company: | Abdul Latif Jameel |
| Telephone: | 800 246 44 44 |
| | +966 12 232 99 99 (for international callers) |
| E-mail Address: | SaudiArabia@fedex.com |
| Fax: | +966 12 679 17 77 Ext 4444 |
| Service Available: | Export/Import |
| Customer Service Hours: | Sunday to Thursday. 08:00-22:00 Saturday  09:00-17:00 |

**FedEx.**

Search  Subi

**Company Information**
About FedEx
Careers
Guide to Services
International Holiday Schedule

**Customer Support**
Contact FedEx

**New Customers**
Open an Account
Register for a Login

**Resource Links**
Conditions of Carriage
Fuel Surcharge Information

**Follow FedEx**

Saudi Arabia - English

This site is protected by copyright and trademark laws under US and international law. All rights reserved. © FedEx 1995-2015

Global Home  |  Site Map  |  fedex.com Terms of Use  |  Security and Privacy

Blumberg No. 5118

EXHIBIT
2

http://www.fedex.com/sa/contact/

3/4/2015



October 4, 2013

Dear Customer:

The following is the proof-of-delivery for tracking number **796701981960**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | .FAISAL | Delivery location: | P.O.BOX10985 |
| | | | DAMMAM 31443 |
| Service type: | FedEx International Priority | Delivery date: | Sep 21, 2013 13:40 |
| Special Handling: | Deliver Weekday | | |

FedEx Express proof-of-delivery details appear below; signature image provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 796701981960 | Ship date: | Sep 17, 2013 |
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:
FAISAL  ALTHAWADI
TAMAZ TRADING EST.
P.O.BOX10985
DAMMAM 31443 SA

Shipper:
JIM IPPOLITI
CELEBRATION LAW
607 CELEBRATION AVE
CELEBRATION, FL 34747 US

Thank you for choosing FedEx.

Blumberg No. 5116

EXHIBIT

3

COMPOSITE



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DE GAZELLE GROUP, INC., a
Florida Corporation,

      Plaintiff,                        Case No.: 6:13-cv-1430-Orl-31TBS

v.

TAMAZ TRADING ESTABLISHMENT, a
Saudi Arabian Company,

      Defendant.

_____/

**AFFIDAVIT OF FAISAL ALTHAWADI**

BEFORE ME, PERSONALLY APPEARED FAISAL ALTHWADI, who swears and states:

1. I have personal knowledge of the facts set forth in this Affidavit.

2. That I have read the Defendant's Motion for Relief, the Defendant's Motion to Vacate Default Final Judgment, the Motion to Vacate Default and the Motion to Quash Service of Process, and the responses set forth therein by my attorneys, and all of the information contained therein is true and correct.

3. That I did not receive the summons and the complaint filed with the United States District Court, Middle District of Florida, Orlando Division, on or about September 21, 2013 filed by the Plaintiff.

4. I never signed for a Fedex package on or about September 21, 2013.

5. The weekend of September 21, 2013 was an observed national holiday, National Unification Day, which is Saudi Arabian Independence Day weekend celebrated on September 22, 2013 and September 23, 2013.

6. That I did not work on September 21, 2013 nor did any of my employees.

7. That my office location is located at Box 10895, Dammam, SA was closed on Saturday, September 21, 2013.

8. That I do not employ any person that signed for the summons and complaint on September 21, 2013.



EXHIBIT
4
FORM OF AFFIDAVIT

9.   That my understanding of the English language is limited, as my primary language is Arabic.

10.  That I had communications with Plaintiff and Plaintiff's counsel via e-mail correspondence after the lawsuit was apparently filed, regarding the agreement entered into by my company and the Plaintiff, however, I was unaware that a lawsuit had in fact been filed and I was never told a lawsuit was filed, only threats of filing the lawsuit were communicated to me.

11.  That I never received a copy of the summons and/or complaint from Plaintiff's counsel, neither by mail nor through e-mail communications.

12.  That I understand legal procedures in Saudi Arabia and in my country a lawsuit is commenced by the delivery of a summons and complaint by a Saudi Arabian official charged with responsibility to deliver court papers to parties to the lawsuit.

13.  That legal procedures in Saudi Arabia do not allow a party to initiate a lawsuit through the use of the mails or Fedex for delivery of the legal documents.

14.  I never signed or executed an amendment to the original agreement signed in October 2012.

15.  That I learned that people that were contacting me to place orders for De Gazelle product were not real customers but persons pretending to be De Gazelle customers.

16.  The shipments of ladies leather shoes and leather slippers failed to meet the specifications and quality that I provided for in the order.

17.  On many occasions I advised De Gazelle of the problems with the product not meeting the specifications and quality for the order and I asked them to cure the deficiencies.

18.  On February 8, 2015, I received notice that a final judgment was entered against my company, TAMAZ TRADING ESTABLISHMENT, on April 24, 2014, through the Saudi Arabian Courts.

19.  Immediately, upon learning of the default final judgment, I sought to retain an attorney in the United States and on February 22, 2015, I retained Barry G. Roderman & Associates, P.A. to represent my company, TAMAZ TRADING ESTABLISHMENT.

AFFIDAVIT OF FAISAL ALTHAWADI
Case No.: 6:13-cv-1430-Orl-31TBS

**20.** That my company has meritorious defenses to the lawsuit and counter-claims to be raised

including Plaintiff's lack of service of process, insufficiency of process, void process, breach

of the contract, the statute of frauds, estoppel, forum non conveniens, and other defenses to

be set forth in the matter.

FURTHER AFFIANT SAYETH NOT.        **[Execution of this document by client with**

**Notarization will be filed With the Court**

**Upon Receipt From client in Saudi Arabia]**

_____
Signature by: Faisal Althewadi
TAMAZ TRADING ESTABLISHMENT

Country of _____ )
Province of _____ )

        Sworn to (or affirmed) and subscribed before me on this _____ day
of _____, 20___ by: _____ who is
_____

        FAISAL ALTHEWADI

Personally Known or, _____ Produced Identification

Type of Identification Produced _____
Serial No.: _____
Date of Issuance/Expiration _____

                              _____
                              Signature of Notary Public

My Commission Expires: _____

3