# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 29, 2016

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number:  15-13543-BB
Case Style: De Gazelle Group, Inc. v. Tamaz Trading Establishment
District Court Docket No: 6:13-cv-01430-GAP-TBS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to:  Lois Tunstall
Phone #:  (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 15-13543

_____

District Court Docket No.
6:13-cv-01430-GAP-TBS

DE GAZELLE GROUP, INC.,
a Florida Corporation,

Plaintiff - Appellee,

versus

TAMAZ TRADING ESTABLISHMENT,
a Saudi Arabian Company,

Defendant - Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 30, 2016
For the Court: AMY C. NERENBERG, Acting Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 04/29/2016**