**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DE GAZELLE GROUP, INC.,**

    **Plaintiff,**

**v.**                                              **Case No:   6:13-cv-1430-Orl-31TBS**

**TAMAZ TRADING ESTABLISHMENT,**

    **Defendant.**

## ORDER

This cause comes before the Court on the following motions: Plaintiff's Motion for Extension of Time to File Service of Process (Doc. 60), filed November 29, 2016; Plaintiff's Motion for Service by Publication (Doc. 61), filed November 29, 2016; Plaintiff's Amended Motion for Service by Publication (Doc. 64), filed December 2, 2016; and Plaintiff's Verified Amended Motion for Extension of Time to File Service of Process (Doc. 66), filed December 2, 2016.

On December 22, 2016, the United States Magistrate Judge issued a report (Doc. 68) recommending that the motions be denied and the case be dismissed. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motions filed at Document Numbers 60, 61, 64, and 66 are **DENIED**.

3. This case is **DISMISSED** for Plaintiff's failure to effect service on Defendant pursuant to this Court's order of September 23, 2016.   The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 6, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party